**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15749 |
| Dontae L Hickenbottom | § | Chapter 7 |
| Tenee R Hickenbottom | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/16/2014
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/16/2014    By: _/s/ Joji Takada_
Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
Dontae L Hickenbottom                   §    Case No. 12-15749
Tenee R Hickenbottom                    §
                                        §
            Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 66.31 |
| leaving a balance on hand of[1] | $ | 9,933.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Trustee Expenses: Joji Takada | $ 8.40 | $ 0.00 | $ 8.40 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,758.40 |
| Remaining Balance | $ 8,175.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,690.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 1,324.03 | $ 0.00 | $ 331.12 |
| 2 | Cvf Consumer Acquisition Company Its Successors | $ 1,810.50 | $ 0.00 | $ 452.78 |
| 3 | American Infosource Lp As Agent For | $ 3,054.41 | $ 0.00 | $ 763.86 |
| 4 | American Infosource Lp As Agent For | $ 154.25 | $ 0.00 | $ 38.58 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ 4,825.96 | $ 0.00 | $ 1,206.89 |
| 7 | Sallie Mae Inc, On Behalf Of The | $ 21,346.35 | $ 0.00 | $ 5,338.36 |
| 8 | Jefferson Capital Systems Llc | $ 101.00 | $ 0.00 | $ 25.26 |
| 9 | Von Maur | $ 73.78 | $ 0.00 | $ 18.44 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,175.29 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-15749-BWB
Dontae L Hickenbottom                                               Chapter 7
Tenee R Hickenbottom
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2                 Date Rcvd: Apr 16, 2014
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
```
db/jdb     +Dontae L Hickenbottom,    Tenee R Hickenbottom,    16624 Borio Dr,   Crest Hill, IL 60403-0768
18791180   +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
18791181   +Bank Of America,    Attn: Bankruptcy NC4-105-0299,    Po Box 26012,   Greensboro, NC 27420-6012
18791186  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
19271643    CVF Consumer Acquisition Company its successors,    and assigns as assignee of NCO,
             Portfolio Management,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
18791182   +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
18791184   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18791183   +Chase,   Po Box 24696,    Columbus, OH 43224-0696
18791185   +Chase Mht Bk,    Attn: Bankruptcy,    Po Box 15145,   Wilmington, DE 19850-5145
18791190   +EverBank,    301 West Bay Street,    Jacksonville, FL 32202-5180
18791191   +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
             Grand Rapids, MI 49546-6253
18791196   +GMAC Mortgage,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
18791198   +Harris N.a.,    Attn: Bankruptcy,    3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4037
18791199   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,   Carol Stream, IL 60197-5213
18791200   +Hsbc/bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
18791201   +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
19416820   +Jefferson Capital Systems LLC,    Purchased From RJM ACQUISITIONS, LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-7999,    Orig By: BLACK EXPRESSIONS BOOK CLUB
18791202   +Lawrence I Serlin LTD,    3218 Skokie Valley Road,    Highland Park, IL 60035-1078
18791204   +Markoff & Krasny,    Special Assistant Corporation,    29 N. Wacker Drive #500,
             Chicago, IL 60606-3227
18791205   +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,   Chicago, IL 60606-6974
18791206   +National Credit Adjust,    327 W 4th Ave,    Hutchinson, KS 67501-4842
18791207   +Net Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
18791208   +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
18791209   +Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
18791212   +Sears/cbna,    701 East 60th St N,    Sioux Falls, SD 57104-0432
18791215  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
18791213   +University Of Phoenix,    4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
18791217  ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    Attn: Credit Dept,   6565 Brady St.,
             Davenport, IA 52806)
18791218    Wellsfargo,    Supreme Re Serving,    Urbandale, IA 50323
18791219   +Wfnnb/harlem,    Attention: Bankruptcy,    Po Box 182686,   Columbus, OH 43218-2686
18791220   +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18791179   +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2014 01:28:13     Ally Financial,
             200 Renaissance Ctr,   Detroit, MI 48243-1300
19351518    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2014 01:32:33
             American InfoSource LP as agent for,    RJM Acquisitions, LLC,
             as assignee of BLACK EXPRESSIONS BOOK CL,    PO Box 268850,   Oklahoma City, OK  73126-8850
19300109    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2014 01:35:26
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
18791187   +E-mail/Text: bankruptcy.bnc@gt-cs.com Apr 17 2014 01:28:46     Conseco,   1400 Turbine Drive,
             Rapid City, SD 57703-4719
18791188   +E-mail/Text: group_legal@creditunion1.org Apr 17 2014 01:31:00     Credit Union 1,
             450 E 22nd St. Suite 250,   Lombard, IL 60148-6176
18791189   +E-mail/PDF: pa_dc_ed@salliemae.com Apr 17 2014 01:35:10     Dept Of Ed/sallie Mae,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
18791192   +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2014 01:28:13     G M A C,   Po Box 130424,
             Roseville, MN 55113-0004
18791193   +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:32:25     GEMB / HH Gregg,
             Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
18791194   +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:32:25     Gemb/JC Penny,
             Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
18791195   +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2014 01:35:23     Gemb/walmart,   Po Box 981400,
             El Paso, TX 79998-1400
18791197   +E-mail/Text: bankruptcy@hraccounts.com Apr 17 2014 01:28:23     H & R Accounts Inc,
             P.O. Box 672,   Moline, IL 61266-0672
19372476   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2014 01:33:48
             PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
19250201    E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2014 01:29:09
             Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
             Kirkland, WA  98083-0788
```

```
District/off: 0752-1         User: nmolina            Page 2 of 2              Date Rcvd: Apr 16, 2014
                             Form ID: pdf006          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
18791210      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 17 2014 01:28:58     Rjm Acq Llc,
               575 Underhill Blvd.,   Suite 224,   Syosset, NY 11791-3416
18791211      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 17 2014 01:31:54     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
19416468       E-mail/PDF: pa_dc_ed@salliemae.com Apr 17 2014 01:33:46     Sallie Mae Inc, On Behalf of The,
               Department of Education,   DOE,   P.O. Box 740351,   Atlanta, GA 30374-0351
19489046      +E-mail/Text: bankruptcy@hraccounts.com Apr 17 2014 01:28:23     Von Maur,
               C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
                                                                                             TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18791214*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
18791216*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
18791203      ##+Market Street Mortgage,   2650 Mccormick Dr,   Clearwater, FL 33759-1049
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2014 at the address(es) listed below:

```
          Heather M Giannino    on behalf of Creditor    EverBank bankruptcy@hsbattys.com,
           bankruptcy@hsbattys.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada     trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Joseph R Doyle    on behalf of Joint Debtor Tenee R Hickenbottom joe@bizardoylelaw.com,
           jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
          Joseph R Doyle    on behalf of Debtor Dontae L Hickenbottom joe@bizardoylelaw.com,
           jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
          M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 7
```