UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
Dontae L Hickenbottom                       §    Case No. 12-15749
Tenee R Hickenbottom                        §
                                            §
                                            §
         Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/Joji Takada, Chapter 7 Trustee _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Infosource Lp As Agent For | | | | | |
| 4 | American Infosource Lp As Agent For | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |
| 2 | Cvf Consumer Acquisition Company Its Successors | | | | | |
| 8 | Jefferson Capital Systems Llc | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | | | | | |
| 1 | Quantum3 Group Llc As Agent For | | | | | |
| 7 | Sallie Mae Inc, On Behalf Of The | | | | | |
| 9 | Von Maur | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-15749 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Dontae L Hickenbottom | | | | | Date Filed (f) or Converted (c): | 04/18/2012 (f) |
| | Tenee R Hickenbottom | | | | | 341(a) Meeting Date: | 05/09/2012 |
| For Period Ending: | 10/01/2014 | | | | | Claims Bar Date: | 10/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account with Chase | 500.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with Chase | 400.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Harris | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Abri Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous household goods | 1,750.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous books, music and collectibles | 200.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 255.00 | 0.00 | | 0.00 | FA |
| 9. Term life insurance--no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA | 8,000.00 | 0.00 | | 0.00 | FA |
| 11. 401k | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Hummer H2 | 13,200.00 | 0.00 | | 0.00 | FA |
| 13. 16624 Borio Drive, Crest hill, Illinois 60403 | 179,900.00 | 0.00 | | 0.00 | FA |
| 14. Post-petition fraudulent transfer of real property (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $205,905.00 | $10,000.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromises with Debtor regarding post-petition transfer of assets; Installment payments being made as agreed upon; Preparing final report.

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Initial Projected Date of Final Report (TFR): 04/18/2014    Current Projected Date of Final Report (TFR): 04/18/2014

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-15749 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Dontae L Hickenbottom | Bank Name: | Congressional Bank |
| | Tenee R Hickenbottom | Account Number/CD#: | XXXXXX8134 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9646 | Blanket Bond (per case limit): | |
| For Period Ending: | 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/12 | 14 | Dontae and Tenee Hickenbottom<br>1662 Borio Drive<br>Crest Hill, Illinois 60403 | Settlement funds<br>Regarding fraudulent transfer | 1241-000 | $5,000.00 | | $5,000.00 |
| 10/01/12 | 14 | Dontae and Tenee Hickenbottom | Settlement funds<br>Installment payment for post-petition fraudulent transfer settlement | 1241-000 | $500.00 | | $5,500.00 |
| 11/01/12 | 14 | Tenee Hickenbottom<br>16624 Borio Drive<br>Crest Hill, Illinois 60435 | Settlement funds<br>Installment payment re: post-petition transfer | 1241-000 | $500.00 | | $6,000.00 |
| 12/04/12 | 14 | Dontae and Tenee Hickenbottom | Settlement funds | 1241-000 | $500.00 | | $6,500.00 |
| 01/05/13 | 14 | Dontae and Tenee Hickenbottom<br>16624 Borio Drive<br>Crest Hill, Illinois 60403 | Settlement funds | 1241-000 | $500.00 | | $7,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8436 | Transfer of Funds | 9999-000 | | $7,000.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,000.00 |
| Subtotal | $7,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,000.00 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $7,000.00 | $7,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-15749 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Dontae L Hickenbottom | Bank Name: | The Bank of New York Mellon |
| Tenee R Hickenbottom | Account Number/CD#: | XXXXXX8436 |
| | | Checking |
| Taxpayer ID No: XX-XXX9646 | Blanket Bond (per case limit): | |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8134 | Transfer of Funds | 9999-000 | $7,000.00 | | $7,000.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.71 | $6,994.29 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $4.29 | $6,990.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.39 | $6,979.61 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.04 | $6,969.57 |
| 05/17/13 | 14 | Tenee Hickenbottom | Settlement payment | 1241-000 | $1,500.00 | | $8,469.57 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.15 | $8,458.42 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.17 | $8,446.25 |
| 08/02/13 | 14 | Tenee Hickenbottom | Settlement payment Re: fraudulent transfer | 1241-000 | $1,500.00 | | $9,946.25 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.56 | $9,933.69 |
| 05/20/14 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,750.00 | $8,183.69 |
| 05/20/14 | 100002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $8.40 | $8,175.29 |
| 05/20/14 | 100003 | Quantum3 Group Llc As Agent For World Financial Network Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $331.12 | $7,844.17 |
| | | | Page Subtotals: | | $10,000.00 | $2,155.83 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-15749 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Dontae L Hickenbottom | Bank Name: The Bank of New York Mellon |
| Tenee R Hickenbottom | Account Number/CD#: XXXXXX8436 |
| | Checking |
| Taxpayer ID No: XX-XXX9646 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | 100004 | Cvf Consumer Acquisition Company Its Successors<br>And Assigns As Assignee Of Nco Portfolio Management<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution per court order. | 7100-000 | | $452.78 | $7,391.39 |
| 05/20/14 | 100005 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $763.86 | $6,627.53 |
| 05/20/14 | 100006 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $38.58 | $6,588.95 |
| 05/20/14 | 100007 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $1,206.89 | $5,382.06 |
| 05/20/14 | 100008 | Sallie Mae Inc, On Behalf Of The Department Of Education<br>Doe<br>P.O. Box 740351<br>Atlanta, Ga 30374-0351 | Final distribution per court order. | 7100-000 | | $5,338.36 | $43.70 |
| 05/20/14 | 100009 | Jefferson Capital Systems Llc Purchased From Rjm Acquisitions, Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Black Expressions Book Club | Final distribution per court order. | 7100-000 | | $25.26 | $18.44 |
| 05/20/14 | 100010 | Von Maur<br>C/O H And R Accounts Inc<br>Po Box 672<br>Moline, Il 61265 | Final distribution per court order. | 7100-000 | | $18.44 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $7,000.00 | $0.00 |
| Page Subtotals: | $0.00 | $7,844.17 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

|  |  |  |
|---|---:|---:|
| Subtotal | $3,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,000.00 | $10,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8134 - Checking Account | $7,000.00 | $0.00 | $0.00 |
| XXXXXX8436 - Checking | $3,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals: $0.00  $0.00